Approved. Case closed.

*/s Jack Zouhary*
U.S. DISTRICT JUDGE

September 4, 2025

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | |
|---|---|
| HILCO REAL ESTATE, LLC, an Illinois Limited Liability Company, as receiver for RSH 506, LLC, an Ohio Limited Liability Company, and W/A-SPRING HOLLOW, LLC, a Delaware Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>Greater New York Mutual Insurance Company, a New York property casualty Insurer,<br><br>    Defendant. | Case No.: 3:25-cv-00004-JZ<br>Judge Jack Zouhary |

## STIPULATION AND ORDER OF DISMISSAL

Plaintiff, HILCO REAL ESTATE, as receiver for RSH 506, LLC and W/A-SPRING HOLLOW, LLC, and Defendant, GREATER NEW YORK MUTUAL INSURANCE COMPANY hereby stipulated under Federal Rule of Civil Proceudre 41 (a)(1)(ii) that this action be dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney fees and costs.

DATED: August 28, 2025

/s/ *John S. Wasung (w/permission*

John S. Wasung (OH-50096)
KITCH ATTORNEYS & COUNSELORS, P.C.
Counsel for Plaintiff
405 Madison, Suite 1500
Toledo, OH 43604
Phone: (419) 243-4006
Facsimile: (419) 243-7333
John.wasung@kitch.com

/s/ *Melissa D. Stephenson (w/permission)*

Melissa D. Stephenson (Fl Bar No. 0072024)
(pro hac vice)
Matthew Ponzi (IL Bar No. 6198984)
FORAN GLENNON PALADENCH PONZI & RUDLOFF, P.C.
Counsel for Defendant
222 LaSalle St., Suite 1400
Chicago, IL 60601
Phone: (312) 863-5000
mponzi@fgppr.com
mstephenson@fgppr.com

/s/ *Sarah B. Wykoff*

Sarah B. Wykoff (MI-76321)
(pro hac vice)
KUTINSKY, PLLC
Counsel for Plaintiff
360 E. Maple Road, 3rd Floor
Birmingham, MI 48009
Phone: (248) 712-1049
Mobile: (734) 765-9451
sarah@kutinsky.com